## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10610-amc |
| | : | |
| Ericka S. Jenkins, | : | Chapter 13 |
| Everett J. Jenkins, | : | |
| | : | Related to ECF No. 23 |
| Debtors. | : | |

### Order Granting Debtor's Motion for Sanctions
### for Violation of the Automatic Stay by Creditor AWL Inc.

**AND NOW**, after consideration of the Debtor's Motion for Sanctions for Violation of the Automatic Stay by Creditor AWL Inc., and after notice and hearing, it is hereby

**ORDERED**, that the motion is **GRANTED**; it is further

**DECLARED**, that Creditor AWL Inc. violated the automatic stay; it is further

**ORDERED** that the Debtors are awarded actual damages in the amount of $1,000.00 and punitive damages in the amount of $500.00.

BY THE COURT:

**Date: May 4, 2022**

_____
Ashely M. Chan
*U.S. Bankruptcy Judge*