# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| Ericka Jenkins,<br>Everett J. Jenkins,<br>                    *Debtors*. | Case No. 22-10610-AMC<br>Chapter 13 |

## Motion to Pay Trustee

Debtor Ericka Jenkins and Joint Debtor Everett J. Jenkins, through their attorney, move this Court to enter a wage order in the form of order attached.

Date: August 20, 2024

CIBIK LAW, P.C.
*Attorney for Debtors*

By:/s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: August 20, 2024

/s/ Michael A. Cibik
Michael A. Cibik