**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Ericka Jenkins, | Case No. 22-10610-AMC |
| Everett J. Jenkins, | Chapter 13 |
| *Debtors.* | |

**Order Requiring The School District of Philadelphia**
**to Pay Chapter 13 Trustee from Everett J. Jenkins's Wages**

Upon request of the Debtors, it is **ORDERED** by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania that **THE SCHOOL DISTRICT OF PHILADELPHIA** must pay chapter 13 trustee **KENNETH E. WEST** in the amount of **$472.00** from each regular paycheck of **EVERETT J. JENKINS** beginning with the next paycheck and lasting until March 11, 2027, or further order of the Court.

Payments must be mailed to Kenneth E. West, Chapter 13 Trustee, PO Box 1799, Memphis, TN 38101-1799. The bankruptcy case number (22-10610) must be written or typed on each payment.

This order replaces the pay order dated July 13, 2022.

Date: Aug. 23, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC:    The School District of Philadelphia
         440 N. Broad Street
         Philadelphia, PA 19130