# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                              Case No. 22-10610-AMC

    Ericka S. Jenkins,                       Chapter 13
    Everett J. Jenkins,

        Debtors.

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Capital One Auto Finance
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

Philadelphia Federal Credit Union
12800 Townsend Rd
Phila., PA 19154

Date: January 28, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com