# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Ericka S. Jenkins,
    Everett J. Jenkins,

        Debtors.

Case No. 22-10610-AMC

Chapter 13

**Order Granting Debtors' Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The modified plan filed as ECF No. 82 is **APPROVED**.

Date:

**Date: March 4, 2025**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge