**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **ERICKA S. JENKINS** | : | **CHAPTER 13** |
| and | : | |
| **EVERETT J. JENKINS** | : | |
| Debtors | : | |
| | : | **No. 22-10610 (amc)** |

**WITHDRAWAL of CLAIM of PHILADELPHIA FEDERAL CREDIT UNION (#4)**

**TO THE CLERK:**

Kindly mark Claim #4, filed by Philadelphia Federal Credit Union, “WITHDRAWN”.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** */s/ William J. Levant, Esquire*

**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

Date: October 22, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **ERICKA S. JENKINS** | : | **CHAPTER 13** |
| and | : | |
| **EVERETT J. JENKINS** | : | |
| Debtors | : | |
| | : | **No. 22-10610 (amc)** |

**CERTIFICATE OF SERVICE/MAILING**

I hereby certify that I sent a copy of the foregoing Withdrawal of Claim to each of the persons named below, by First Class Mail (unless otherwise stated) on October 22, 2026:

| | | |
|---|---|---|
| Office of the U.S. Trustee | | (via ECF) |
| Michael A. Cibik, Esquire | (Debtor's counsel) | (via ECF) |
| Kenneth E. West, Esquire | (Chapter 13 Trustee) | (via ECF) |

Ericka S. Jenkins
and Everett J. Jenkins
1621 VanKirk Street
Philadelphia, PA 19149

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** */s/ William J. Levant, Esquire*

**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union